

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00803-CV

Juan Francisco **MONTALVO**, M.D., F.A.C.O.G., et al,
Appellants

v.

Gabriela **LOPEZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-000841-D3
Honorable Becky Palomo, Judge Presiding

# O R D E R

The appellants' petition for permission to appeal from an interlocutory order is GRANTED. TEX. R. APP. P. 28.3. "A separate notice of appeal need not be filed" as "a notice of appeal is deemed to have been filed on [the date of this order]." *Id*. at 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id*.

The clerk's record and reporter's record are due within ten days from the date of this order. *Id*. at 35.1(b). The clerk of this court is directed to file a copy of this order with the trial court clerk. *Id*. at 28.3(k).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court